Judge Pauley

'07 CIV 7929

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WESTERN BULK CARRIERS K/S,

               Plaintiff,

    - against -                                  ECF CASE

PANCOAST TRADING S.A.,

               Defendant.
------------------------------------------------------------X

RECEIVED SEP 10 2007 U.S.D.C. S.  CASHIER

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

               NONE.

Dated: September 10, 2007
       Southport, CT

                                     The Plaintiff,
                                     Western Bulk Carriers K/S.

                              By: _____
                                     Charles E. Murphy (CM2125)
                                     LENNON, MURPHY & LENNON, LLC
                                     The Gray Bar Building
                                     420 Lexington Ave., Suite 300
                                     New York, NY 10170
                                     (212) 490-6050
                                     facsimile (212) 490-6070
                                     cem@lenmur.com