UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
WESTERN BULK CARRIERS K/S      :

                Plaintiff,     :

                                                         07 CV 7929 (WHP)
- against -      :     ECF CASE

PANCOAST TRADING S.A.      :     **RESTRICTED APPEARANCE**

              Defendants.    :
---------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Defendant, Pancoast Trading S.A., hereby appears pursuant to Rule E (8), "Restricted Appearance" in the above-captioned action and that the undersigned has been retained as attorneys for said Defendant and demands that a copy of all pleadings and papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, New York
       September 28, 2007

                                                  Respectfully,
                                                TISDALE LAW OFFICES,

                                      By: _____
                                                Claurisse Campanale-Orozco (CC3581)
                                                11 West 42nd Street, Suite 900
                                                New York, NY 10036
                                                Tel.: 212-354-0025
                                                Fax: 212-869-0067
                                                corozco@tisdale-law.com