UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
WESTERN BULK CARRIERS K/S          :

                    Plaintiff,      :

          - against -               :

PANCOAST TRADING S.A.               :

                    Defendant.      :
--------------------------------------------------X



07 CV 7929 (WHP)
ECF CASE

### STIPULATION AND ORDER STAYING ACTION PURSUANT TO
### 9 USC § 3 PENDING RESOLUTION OF ARBITRATION PROCEEDINGS

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by their

undersigned attorneys, as follows:

WHEREAS the Plaintiff commenced this admiralty action against the Defendant by filing a

Verified Complaint that sought the attachment of Defendant's property pursuant to Supplemental

Admiralty Rule B of the Federal Rules of Civil Procedure; and

WHEREAS the Plaintiff's claim is now fully secured as a result of the attachment of funds at

certain identified garnishee banks pursuant to this Court's Ex Parte Order of Maritime Attachment

and Process of Maritime Attachment and Garnishment; and

WHEREAS the governing charter party provides that all disputes arising thereunder shall

be submitted to London arbitration with English Law to apply; and

WHEREAS Plaintiff and Defendant have agreed that (1) the instant case should be stayed

pursuant to 9 U.S.C. § 3, (2) the Parties have commenced arbitration in London to resolve their

underlying dispute, and (3) the attachment of Defendant's property shall be preserved pending the

outcome of the arbitration;

MICROFILMED
JAN 1 5 2008 ─9∶00 AM

IT IS HEREBY STIPULATED AND ORDERED that the instant case is stayed pursuant to 9 U.S.C. § 3; and

IT IS FURTHER HEREBY STIPULATED AND ORDERED that Defendant's property shall remain restrained and under attachment pending the outcome of the arbitration.


The Plaintiff,
WESTERN BULK CARRIERS K/S


By: _____
Charles E. Murphy (CM 2125)
LENNON MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6500 (Phone)
(212) 490-6070 (Fax)
cem@lenmur.com

SO ORDERED:

_____
Honorable William H. Pauley, U.S.D.J.

Dated: January 11, 2008
       New York, NY


The Defendant,
PANCOAST TRADING S.A.


By: _____
Claurisse Campanale Orozco (CC 3581)
TISDALE & LENNON, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 (Phone)
(212) 869-0067 (Fax)
corozco@tisdale-law.com

The parties shall update the Court on the Status of the London Arbitration on April 4, 2008

2