**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615

www.lenmur.com
mail@lenmur.com

August 8, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2008

**By Hand**
Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re: **Western Bulk Carriers K/S v. Pancoast Trading SA**
Docket Number: 007 Civ. 7929 (WHP)
Our Reference Number: 1197

Dear Judge Pauley:

Pursuant to the Court's Order dated April 14, 2008, we write to provide your Honor with the status of the underlying arbitration in the above captioned case and to request that this matter be kept on the suspense docket for another six months.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On or about September 10, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York.

In response to service of the Ex-Parte Order and Writ, garnishee, Bank of New York restrained Defendant's property in New York in the approximate amount of $511,040.62. Arbitration has been commenced and the parties have both appeared in the proceedings. The arbitration remains ongoing in London and has been proceeding in the normal course.

In light of the status of the underlying matter, we request that this case remain on the suspense docket for another six months, at the end of which time we will submit another status update to the Court. Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

Respectfully submitted,

Anne C. LeVasseur (AL3333)

cc: **Via Facsimile (212) 354-0025**
Claurisse Campanale Orozco (CC 3581)
Counsel for Defendant

*This court will hold a telephone status conference on August 22, 2008 at 9:30 a.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/15/2008