USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
          :
WESTERN BULK CARRIERS K/S,
          :
      Plaintiff,         2:07 Civ. 7929 (WHP)
          :
      -against-         SCHEDULING ORDER

PANCOAST TRADING S.A.,
          :
      Defendant.
          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared telephonically for a status conference on August 22, 2008, the parties are directed to submit a stipulation regarding this matter by September 15, 2008.

Dated: August 22, 2008
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Copies to:*

Charles Edmund Murphy, Esq.
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Avenue
Suite 300
New York, NY 10170
*Counsel for Plaintiff*

Claurisse Ann Campanale-Orozco, Esq.
Tisdale Law Offices, LLC
11 West 42nd Street
Suite 900
New York, NY 10036
*Counsel for Defendant*